# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Missouri

Case Number: 1104320CVCNKL

Plaintiff/Petitioner:
**KENT MOSS**

vs.

Defendant/Respondent:
**MIDWEST CONTAINER RECONDITIONING, LLC, et al.**

Received these papers to be served on **Steve Hopper, 3713 Prescott, Columbia, MO 65203**.

I, CHRISTINA TIFFANY, do hereby affirm that on the **6th day of January, 2012** at **2:00 pm, I:**

INDIVIDUALLY SERVED the within named person with a true copy of this **Summons in a Civil Action; Complaint; Exhibit A; and Consent to Sue Under the FLSA** at the address of **3713 Prescott, Columbia, MO 65203**.

I am over the age of eighteen, and have no interest in the above action.

Christina Tiffany
**CHRISTINA TIFFANY**
Process Server

Our Job Serial Number: HAT-2012000095
Ref: Moss v. Midwest Container

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Missouri

KENT MOSS,

*Plaintiff*

v.

MIDWEST CONTAINER RECONDITIONING, LLC, et al.,

*Defendant*

Civil Action No. 11-04320-CV-C-NKL

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* STEVE HOPPER
3713 Prescott
Columbia, MO 65203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Amy P. Maloney
Holman Schiavone, LLC
4600 Madison Avenue, Suite 810
Kansas City, MO 64112

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/03/2012

T. Lock

*Signature of Clerk or De…*

United States District Court for the Western District of Missouri

Civil Action No. 11-04320-CV-C-NKL

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Steve Hopper
was received by me on *(date)* 1/3/2012 .

☒ I personally served the summons on the individual at *(place)* 3713 Prescott, Columbia, MO 65203 on *(date)* 1/6/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/11/2012

Christina Tiffany
*Server's signature*

Christina Tiffany/PPS
*Printed name and title*

______________
*Server's address*

Additional information regarding attempted service, etc: